B 5 (Official Form 5) (12/07)

# UNITED STATES BANKRUPTCY COURT
Western District of Texas

**AMENDED INVOLUNTARY PETITION**

| | |
|---|---|
| IN RE (Name of Debtor -- If Individual: Last, First, Middle)<br>I & J Well Service, L.P. | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br>Ismael Espudo<br>Espudo, GP, Management, LLC<br>LINCO Energy Services<br>LINCO Energy Services, LLC |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>214 Adirondack Trail<br>Arlington, TX 76001-4704 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Andrews County<br>ZIP CODE 79714 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check one box.)
Petitioners believe:
☐ Debts are primarily consumer debts
☑ Debts are primarily business debts

**Type of Debtor** (Form of Organization)
☐ Individual (Includes Joint Debtor)
☑ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**VENUE**
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check one box)
☑ Full Filing Fee attached
☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS** (Check applicable boxes)

**COURT USE ONLY**

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor: I & J Well Service, L.P.
Case No. 11-70171

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| Rene Roman/Owner | Alvaro Martinez, Jr. | |
| Name of Petitioner — Date Signed | Name of Attorney Firm (If any): 1703 N. Big Spring, Midland, Texas 79701 | |
| Name & Mailing Address of Individual Signing in Representative Capacity: Double R Rig Services, 12215 W County Rd 54, Midland, TX 79701 | Address / Telephone No.: 432.570.0056 | |

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| WTG Fuels, Inc. | G. William Fowler | |
| Name of Petitioner — Date Signed | Name of Attorney Firm (If any): 3800 E. 42nd Street, Ste. 600, Odessa, TX 79762 | |
| Name & Mailing Address of Individual Signing in Representative Capacity: P.O. Box 3514, Midland, TX 79702 | Address / Telephone No.: 432.362.0365 | |

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| James H. Roland/Owner | Amber James | |
| Name of Petitioner — Date Signed | Name of Attorney Firm (If any): 3800 E. 42nd Street, Ste. 500, Odessa, TX 79762 | |
| Name & Mailing Address of Individual Signing in Representative Capacity: J & J Engine Service, 3800 E. 42nd Street, 500, Odessa, TX 79762 | Address / Telephone No.: 432.331.1600 | |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Rene Roman | Unsecured | $87,338.00 |
| WTG Fuels, Inc. | Unsecured | $32,361.69 |
| James H. Roland | Unsecured | $28,635.09 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | $148,334.78 |

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2     Name of Debtor I & J Well Service, L.P.

Case No. 11-70171

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney / Date |
|---|---|
| Rene Roman/Owner | Alvaro Martinez, Jr. |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any): 1703 N. Big Spring, Midland, Texas 79701 |
| Name & Mailing Address of Individual Signing in Representative Capacity: Double R Rig Services, 12215 W County Rd 54, Midland, TX 79701 | Address: 432.570.0056 / Telephone No. |

| x /s/ William Fowler - Attorney | x /s/ William Fowler   8-9-11 |
|---|---|
| Signature of Petitioner or Representative (State title) 8-9-11 | Signature of Attorney / Date |
| WTG Fuels, Inc. | G. William Fowler |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any): 3800 E. 42nd Street, Ste. 600, Odessa, TX 79762 |
| Name & Mailing Address of Individual Signing in Representative Capacity: P.O. Box 3514, Midland, TX 79702 | Address: 432.362.0365 / Telephone No. |

| Signature of Petitioner or Representative (State title) | Signature of Attorney / Date |
|---|---|
| James H. Roland/Owner | Amber James |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any): 3800 E. 42nd Street, Ste. 500, Odessa, TX 79762 |
| Name & Mailing Address of Individual Signing in Representative Capacity: J & J Engine Service, 3800 E 42nd Street, 500, Odessa, TX 79762 | Address: 432.331.1600 / Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Rene Roman | Unsecured | $87,338.00 |
| WTG Fuels, Inc. | Unsecured | $32,361.69 |
| James H. Roland | Unsecured | $28,635.09 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | $148,334.78 |

___ continuation sheets attached

**CERTIFICATE OF SERVICE**

       This is to certify that a true and correct copy of the above document was this day forwarded via electronic means as listed on the Court's ECF noticing system herein and/or by United States First Class Mail, postage prepaid, to the following parties-in-interest:

U.S. Trustee
Western District of Texas
PO Box 1539
San Antonio, Texas 78295

G. William Fowler
3800 E. 42nd Street, Ste. 600,
Odessa, TX 79762
gwf@texol.net
Attorney for WTG, Fuels, Inc.

Amber James
Atkins, Hollmann, Jones, Peacock, Lewis & Lyon, Inc.
3800 E. 42nd Street, Ste. 500
Odessa, TX 79762
ajames@odessalawfirm.com
Attorney for J & J Engine Service

Jeff Carruth
State Bar No. 24001846
WEYCER, KAPLAN, PULASKI&ZUBER, P.C.
3030 Matlock Rd., Suite 201
Arlington, Texas 76015
Telephone: (817) 795-5046
Facsimile: (866) 666-5322
jcarruth@wkpz.com
Attorney for I & J Well Service, LP


Dated: August 10, 2011


                                              /s/AlvaroMartinez,Jr.
                                              Alvaro Martinez, Jr.