The relief described hereinbelow is SO ORDERED.

Signed September 06, 2011.



Ronald B. King
United States Chief Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| I & J WELL SERVICE, L.P., | § | CASE NO. 11-70171-RBK |
| | § | |
| ALLEGED DEBTOR | § | CHAPTER 7 |

**ORDER DENYING MOTION**

On September 6, 2011, came on to be heard the *Motion to Dismiss* filed by the *Alleged Debtor*, **I & J Well Service, L.P.** (Court document #8), and the Court is of the opinion that the Motion should be denied.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Motion to Dismiss* is hereby **DENIED**, and the *Alleged Debtor* shall have 14 days from the entry date of this Order to file an answer in this case.

# # #